# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Johnson Avery** DOB: 1991; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.   20-07604MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about October 6, 2020, in the District of Arizona, **Johnson Avery**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, namely Juan Carlos Garcia-Dominguez, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).**

**COUNT 2 (Felony)** On or about October 6, 2020, in the District of Arizona, **Johnson Avery**, knowing and in reckless disregard of the fact that certain illegal alien, Juan Carlos Garcia-Dominguez, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about October 6, 2020, in the District of Arizona (Hereford), United States Border Patrol Agents (BPA) observed a black 2013 Chevrolet Impala parked registered to SABAN Rent A Car parked at the Canyon General Mini Mart for an extended period of time with the driver, **Johnson Avery**, never exiting the Impala. The Impala then relocated near some mailboxes, and the Agents then began surveillance of the Impala by setting up at different egress locations on State Route 92 (SR 92). For the next twenty minutes, Agents observed **Johnson Avery** reclined in the driver seat parked near the mailboxes and never getting out. There were no other visible occupants in the Impala. The Impala traveled back to the Canyon General Mini Mart and parked at a gas pump. **Johnson Avery** was never seen pumping gas or entering the mini mart and stayed inside the Impala the entire time. The Impala left the mini mart and began traveling eastbound on SR 92.

Agents later encountered the Impala, covered in dust, traveling northbound on SR 92 headed towards Sierra Vista. The Agent got behind the vehicle to verify the license plate, and confirmed it was the same Impala they had surveilled before. As the Agent and the Impala approached the intersection of E Valley Vista Dr. the Impala suddenly turned onto E Valley Vista Dr. without signaling and parked on the side of the road. The Agent followed and turned on the emergency lights and pulled behind the Impala. **Johnson Avery** exited the Impala and opened the trunk and retrieved a spare tire and placed it on the rear passenger side of the Impala. The Agent approached **Johnson Avery** and questioned him as to his situation and if he needed assistance. The Agent asked **Johnson Avery** if he was travelling alone and he responded that he was travelling alone. Two Department of Public Safety Officers arrived on scene to assist. One of the officers observed three people in the Impala, with two people in the back seat attempting to conceal themselves by laying across the floor of the Impala. The Agent questioned the passengers as to their citizenship, all passengers, including Juan Carlos Garcia-Dominguez, stated they were illegally in the U.S. The front passenger stated they were a citizen of Ecuador, and the two rear passengers, including Juan Carlos Garcia-Dominguez, stated they were citizens of Mexico.

Through records checks it was determined Juan Carlos Garcia-Dominguez does not possess the required documentation to enter, pass through, or remain in the U.S. legally. Garcia-Dominguez said he had arranged to be smuggled into the United States for money.

In a post-*Miranda* statement, **Johnson Avery** stated that he was asked to transport illegal aliens for money. **Johnson Avery** stated that he was to be paid.

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: ||
|---|---|
| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA JAA/UGS | SIGNATURE OF COMPLAINANT<br>*[signature]*<br>OFFICIAL TITLE<br>Border Patrol Agent |
| **Sworn by telephone  x** ||
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Jacqueline M. Rateau* | DATE<br>October 7, 2020 |
| [1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54 ||